

Signed and Filed: February 13, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30405 HLB |
| THAI MING CHIU, | ) Chapter 13 |
|       Debtor. | ) |
| SIMON THAI MING CHIU, | ) |
|       Plaintiff, | ) Adv. Proc. No. 22-3114 HLB |
| v. | ) |
| CHARLES LI, | ) |
|       Defendant. | ) |

**ORDER STRIKING PLAINTIFF'S UNAUTHORIZED BRIEF AND DENYING PLAINTIFF'S REQUEST TO FILE A SUPPLEMENTAL BRIEF**

This proceeding is scheduled to come before the court on February 16, 2023 for a hearing on Defendant Charles Li's motion to dismiss,[1] which drew opposition from Plaintiff/Debtor Thai Ming Chiu.[2]

On February 8, 2023, the court issued a Tentative Ruling[3] explaining its inclination to grant the Motion and dismiss this

---

[1] Dkt. 9 (the "Motion").

[2] Dkt. 11.

[3] Dkt. 12 (the "Tentative Ruling").

action with prejudice. The Tentative Ruling required the parties to advise the court whether they accepted the Tentative Ruling. Defendant's counsel has advised that their client accepts; Plaintiff's counsel has advised that their client would like to argue the Motion.

The Tentative Ruling also stated: "Absent prior leave of court, the parties may not file any supplemental pleadings. Unauthorized pleadings will be stricken." Notwithstanding this admonition, Plaintiff has filed an "Opposition to Tentative Order and Request to File Supplemental Brief."[4] The Unauthorized Brief presents lengthy additional arguments in response to the Tentative Ruling. Plaintiff appears to believe that, by titling the Unauthorized Brief as an "Opposition" to the Tentative Ruling, he can circumvent the express terms of the Tentative Ruling. This court will not tolerate such shenanigans.

Accordingly, the court **ORDERS** as follows:

**1.** The Unauthorized Brief is hereby **STRICKEN;**

**2.** Plaintiff's request to file a supplemental brief is hereby **DENIED; and**

**3.** Further violations of this court's orders will result in the imposition of sanctions.

**\*\*END OF ORDER\*\***

---

[4] Dkt. 14 (the "Unauthorized Brief").

## Court Service List

Leeds Disston
Law Offices of Casalina & Disston
409 13th Street, 9th Floor
Oakland, CA 94612