

Signed and Filed: February 16, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>THAI MING CHIU,<br>    Debtor. | Case No. 22-30405 HLB<br>Chapter 13 |
| SIMON THAI MING CHIU,<br>    Plaintiff,<br>v.<br>CHARLES LI,<br>    Defendant. | Adv. Proc. No. 22-3114 HLB |

**ORDER GRANTING DEFENDANT CHARLES LI'S**
**MOTION TO DISMISS WITH PREJUDICE**

   This adversary proceeding came before the court on February 16, 2023 for a hearing on Defendant Charles Li's Motion to Dismiss,[1] which drew opposition from Plaintiff/Debtor Simon Thai Ming Chiu.[2]

   On February 8, 2023, the court issued a Tentative Ruling[3] explaining its inclination to dismiss this action with prejudice. The Tentative Ruling required the parties to advise the court no

---

[1] Dkt. 9 (the "Motion").

[2] Dkt. 11.

[3] Dkt. 12 (the "Tentative Ruling").

-1-

later than 12:00 p.m. on Wednesday, February 15, 2023 whether they accepted the Tentative Ruling.  Mr. Li's counsel timely accepted the Tentative Ruling; Mr. Chiu's counsel timely requested oral argument.

The court convened the hearing requested by Mr. Chiu's counsel at approximately 2:02 p.m.  The hearing concluded at 2:05 p.m.  Neither Mr. Chiu's counsel nor Mr. Li's counsel appeared.

As stated by the court during the February 16 hearing, and for the reasons stated in the Tentative Ruling, the court **ORDERS** as follows:

**1.** The Motion is hereby **GRANTED**;

**2.** This proceeding is hereby **DISMISSED WITH PREJUDICE; and**

**3.** The scheduling conference set for March 2, 2023 is hereby **VACATED**.

**\*\*END OF ORDER\*\***

## Court Service List

Leeds Disston
Law Offices of Casalina & Disston
409 13th Street, 9th Floor
Oakland, CA 94612