

Signed and Filed: February 16, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>THAI MING CHIU,<br>       Debtor. | Case No. 22-30405 HLB<br>Chapter 13 |
| SIMON THAI MING CHIU,<br>       Plaintiff,<br>v.<br>CHARLES LI,<br>       Defendant. | Adv. Proc. No. 22-3114 HLB |

**ORDER REQUIRING COMPLIANCE WITH B.L.R. 5005-1(B)**

    Leeds Disston, counsel for Plaintiff Simon Thai Ming Chiu, is not a registered e-filer with this court. B.L.R. 5005-1(b) makes the use of the court's electronic filing system ("CM/ECF") mandatory for attorneys. Counsel has not requested an exemption from this requirement. Accordingly, the court **ORDERS** as follows:

    **1.** Within 30 calendar days following entry of this order, Leeds Disston shall register as an e-filer with this court and shall comply with B.L.R. 5005-1; **and**

**2.** Any unexcused failure to timely comply with this order will result in the imposition of sanctions.

**\*\*END OF ORDER\*\***

## Court Service List

Leeds Disston
Casalina & Disston
409 13th Street, 9th Floor
Oakland, CA 94612