Leeds Disston, Esq. SBN 045016
CASALINA & DISSTON
409 13th Street, 9th Floor
Oakland, CA 94612
(510) 835-8110 Telephone
(510) 835-8113 Facsimile
casdiss@yahoo.com
Attorney for plaintiff debtor SIMON THAI MING CHIU

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: SIMON THAI MING CHIU,<br><br>    Debtor.<br>_____<br><br>SIMON THAI MING CHIU,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES LI,<br><br>    Defendant. | Bankruptcy Case No.: 22-30405 HLB<br><br>Chapter 13<br><br>AP #: 22−03114<br><br><u>NOTICE OF HEARING</u><br><br>PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT CHARLES LI'S MOTION TO DISMISS WITH PREJUDICE<br><br>Date: April 6, 2023<br>Time: 2 p.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom: 19<br>Location: Telephone/Video |

TO THE COURT AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date, time, and location as set forth in the caption

above, or as soon thereafter as the matter may be heard, a hearing will be conducted on

Plaintiff's motion for reconsideration of ORDER GRANTING DEFENDANT CHARLES LI'S

MOTION TO DISMISS WITH PREJUDICE, (Doc# 17, Filed: 02/16/23). This motion is made

pursuant to Fed. R. Civ. P. 59 made applicable by FRBP Rule 9023 and Fed. R. Civ. P. Rule 60

- 1 -

made applicable by FRBP Rule 9024.  This motion is supported by the Notice of Hearing, the Motion, Memorandum of Points and Authorities, Declaration of Leeds Disston, the papers and files herein, and any further evidence as may be presented at hearing.

PURSUANT TO B.L.R. 7007-1 (Motions In Adversary Proceeding):

(a) Time.  Except as otherwise ordered, and except for motions made during the course of trial, all motions shall be filed and served at least 28 days before the hearing date. (b) Opposition. Any opposition to a motion shall be filed and served at least 14 days before the hearing date.  (c) Statement of No Opposition. If the party against which the motion is directed does not oppose the motion, that party shall file a Statement of No Opposition within the time for filing and serving any opposition. (d) Counter-Motions. Together with an opposition, a party responding to a motion may file a counter-motion related to the subject matter of the original motion. Such counter-motion shall be noticed for hearing on the same date as the original motion. (e) Reply. Any reply to an opposition, or opposition to a counter-motion, shall be filed and served by the moving party at least 7 days before the hearing. (f) Motion Papers. B.L.R.s 9013-1, 9013-2 and 9013-3 shall apply to motions filed in adversary proceedings.

PURSUANT TO EIGHTH AMENDED GENERAL ORDER 38:  All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated:  3/2/2023

/s/Leeds Disston, Esq.

Attorney for Plaintiff