**Entered on Docket
April 06, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 6, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>THAI MING CHIU,<br>    Debtor. | Case No. 22-30405 HLB<br>Chapter 13 |
| SIMON THAI MING CHIU,<br>    Plaintiff,<br>v.<br>CHARLES LI,<br>    Defendant. | Adv. Proc. No. 22-3114 HLB |

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

This adversary proceeding came before the court on April 6, 2023 for a hearing on Defendant Charles Li's Motion to Dismiss,[1] which drew opposition from Plaintiff/Debtor Simon Thai Ming Chiu.[2] Appearances were as noted on the record.

For the reasons stated on the record and in the court's Tentative Ruling issued February 8, 2023,[3] the court **ORDERS** as follows:

---

[1] Dkt. 9 (the "Motion").

[2] Dkt. 11.

[3] Dkt. 12.

-1-

1. The Motion is hereby **GRANTED; and**
2. This action is hereby **DISMISSED WITH PREJUDICE,** effective immediately.

**\*\*END OF ORDER\*\***

## Court Service List

Leeds Disston
Casalina & Disston
409 13th Street, 9th Floor
Oakland, CA 94612