Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
(510) 835-8110
casdiss@yahoo.com
Attorney for plaintiff debtor SIMON THAI MING CHIU

FILED
JUN 14 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: SIMON THAI MING CHIU,

    Debtor.

SIMON THAI MING CHIU,

    Plaintiff,

v.

CHARLES LI,

    Defendant.

Bankruptcy Case No.: 22-30405 HLB
Chapter 13

AP #: 22-03114

NOTICE OF APPEAL

## NOTICE OF APPEAL

Plaintiff SIMON THAI MING CHIU appeals under 28 U.S.C. § 158(a) from the following orders of the court:

Order on Motion to Reconsider (Doc No. 42, Filed & Entered: 06/01/2023);

Order on Motion to Dismiss Adversary Proceeding (Doc No. 33, Filed & Entered: 04/06/2023)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Leeds Disston, Esq.
409 13th Street, 9th Floor
Oakland, CA 94612
Tel: (510) 835-8110
Email: casdiss@yahoo.com
Attorney for SIMON THAI MING CHIU, Plaintiff and Appellant:

- 1

Case: 22-03114   Doc# 44   Filed: 06/14/23   Entered: 06/14/23 11:27:20   Page 1 of 2

Duy Thai, Esq.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Email: duy@duythai.com
Attorney for Charles Li, Defendant and Respondent:

Dated: 6/14/2023

/s/Leeds Disston, Esq.