Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
(510) 835-8110
casdiss@yahoo.com
Attorney for plaintiff debtor SIMON THAI MING CHIU

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: SIMON THAI MING CHIU,<br><br>  Debtor.<br>_____<br>SIMON THAI MING CHIU,<br><br>  Plaintiff,<br>v.<br>CHARLES LI,<br><br>  Defendant. | Bankruptcy Case No.: 22-30405 HLB<br>Chapter 13<br><br>AP #: 22−03114<br><br>Appeal to BAP<br><br>APPELLANT'S STATEMENT OF ISSUES ON APPEAL |

Pursuant to Federal Rules of Appellate Procedure rule 10(b)(2)(A), Appellant hereby provide a statement of the issues on appeal.

The issues on appeal are:

1. Whether a void judgment is an exception to the Rooker-Feldman doctrine;
2. Whether the Rooker-Feldman doctrine is not implicated in a bankruptcy claim objection proceeding or related Adversary Proceeding;
3. Whether under California law a judgment is void for lack of personal or subject matter jurisdiction or the granting of relief which the court has no power to grant;
4. Whether Claim #4 in the claim amount of $479,604.76 (filed on 10/18/22 by judgment creditor Charles Li, San Francisco Superior Court Case No. CGC-14-537574, *Li v. Chiu et al.*) is void for the granting of relief which the court has no power to grant.

Dated: 6/27/2023

/s/Leeds Disston, Esq.

- 1