

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

August 16, 2023

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number: 23-cv-03205-VC

Re: Transmittal of Record on Appeal to District Court:
In re: Simon Thai Ming Chiu vs Charles Li, Adversary No 22-03114, Judge Hannah L Blumenstiel

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- [✓] Docket Report
- [✓] Certificate of Record
- [X] Appellant's Designation of Items and Statement of Issues
- [ ] Appellee's Designation of Additional Items (if applicable)
- [ ] Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- [ ] Cross-Appellee's Designation of Additional Items (if applicable)
- [ ] Certificate of No Transcript Requests (if applicable)
- [ ] Statement of Evidence When a Transcript is Unavailable (if applicable)
- [ ] Agreed Statement as the Record on Appeal (if applicable)
- [ ] Other

If you have any questions, please contact me at 888-821-7606.

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/ Phyllis L Wright
Phyllis L Wright, Deputy Clerk

[Reset Form]